# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4062
Lower Tribunal No. 2010-CA-015315-O

_____

CHITTRANJAN K. THAKKAR and SALONI THAKKAR,

Appellants,

v.

GOOD GATEWAY, LLC, SEG GATEWAY, LLC, et al.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Matthew J. Conigliaro, of Carlton Fields, P.A., Tampa, for Appellants.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando, for Appellees, Good Gateway, LLC and SEG Gateway, LLC.

No Appearance for Other Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED